CARLTON, J.,
dissenting:
¶ 50. I would reverse and remand for a new trial due to error on the issue of venue. See Rogers v. State, 95 So.3d 623, 632 (¶ 30) (Miss.2012) (burden of proof rests upon the State to prove venue beyond a reasonable doubt to the jury, not the trial judge, and an omission from the instructions on this essential jury question requires reversal).
¶ 51. In this case, like in Rogers, the failure to instruct the jury so it could determine the essential element of venue was fatal and requires reversal. Id. at (¶¶ 30-31). This error is dispositive. Therefore, I submit that we must remand for a new trial and should exercise restraint by refraining from comment on the remaining assignments of error since we *516 have no power to issue advisory opinions for the retrial of this case. See Nelson v. State, 72 So.3d 1038, 1045 (¶ 22) (Miss.2011).